390 A.2d 303

Crosby v. Crosby, Appellant.

Argued March 22, 1978.  Arthur Silverblatt, for appellant;  James R. Anzalone, for appellee.

OPINION PER CURIAM:  Decree affirmed.  Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree of divorce in this case.

SPAETH, J., did not participate in the consideration or decision of this case.